NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3027

MARSHA L. PAYTON,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0353090770-I-1.

ON MOTION

## O R D E R

Marsha L. Payton responds to this court's letter asking whether she intends to withdraw her pending petition for review at the Merit Systems Protection Board.

Payton states that she wishes to continue before the Board and thus the petition filed with this court prematurely should be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)     This petition for review is dismissed.

(2)     Each side shall bear its own costs.

FOR THE COURT

DEC 14 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marsha L. Payton
     Carrie A. Dunsmore, Esq.

s8

ISSUED AS A MANDATE:  DEC 14 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 14 2009

JAN HORBALY
CLERK

2010-3027                    - 2 -